

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00152-CR

**BRUCE WILLIAMS,**

$\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ **Appellant**

 **v.**

**THE STATE OF TEXAS,**

$\qquad\qquad\qquad\qquad\qquad\qquad\qquad$ **Appellee**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court No. 2012-50-C2**

## ABATEMENT ORDER

Counsel has filed his sixth motion for extension of time to file appellant's brief. The Court delayed ruling on this and the last motion for extension of time in anticipation that the brief would be filed before the Court could grant the motions given the brief extensions requested. When the time requested pursuant to the fifth motion expired and no brief was filed, the Court denied counsel's motion and ordered the brief due 14 days after the date of the order. No brief was filed, and counsel submitted this, the sixth

motion for extension of time. Regrettably, the time requested in the sixth motion has expired, and no brief has been forthcoming.

We must draw the line and deny counsel's sixth motion for extension of time to file a brief, notwithstanding counsel's individual hardships, as counsel's client is entitled to have a brief filed on his behalf to prosecute the appeal.

Accordingly, this appeal is abated to the trial court to conduct any necessary hearings within **14 days** of the date of this Order pursuant to Texas Rule of Appellate Procedure 38.8(b)(2) and (3). TEX. R. APP. P. 38.8(b)(2), (3).

The supplemental clerk's and reporter's records required by Texas Rule of Appellate Procedure 38.8(b)(2) and (3), if any, are ordered to be filed within **21 days** of the date of this Order. *See id*.


PER CURIAM


Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Motion denied
Appeal abated
Order issued and filed January 24, 2018

